```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


WORLD OVERCOMERS            )
CHRISTIAN CHURCH,           )
                            )
          Plaintiff,        )
                            )
     v.                     )    1:10CV734
                            )
AMERICAN PARAMOUNT,         )
a California corpopraton,   )
NICHOLAUS R. SKULTETY,      )
ANGELA SKULTETY, MARJAM,    )
INC., d/b/a Marjam Capital, a )
Maryland corporaton,        )
MARK SNIDERO, LLOYD         )
MICHAELSON, and LAW OFFICE  )
OF LLOYD J. MICHAELSON, P.A., )
                            )
          Defendants.       )
```

**ORDER OF REMAND**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 15, 2010, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand [Doc. 12] is **GRANTED** and that this action is **REMANDED** to the Superior Court of Durham County.  The Clerk of Court is directed

to send a certified copy of this Order to the Durham County Superior Court Clerk.

                                       /s/ William L. Osteen, Jr.
                                           United States District Judge

Date: April 1, 2011